AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

for the Northern District of California

Timothy J. Mortimer
              Plaintiff(s),

V.

Home Savings Mortgage
              Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:12-CV-02153-NJV

Notice is hereby given that, subject to approval by the court, __Timothy J. Mortimer__ substitutes
(Party(s) Name)

__Timothy J. Mortimer (pro per)__, State Bar No. __N/A__ as counsel of record in
(Name of New Attorney)

place of __Imran Syed of Consumer Protection Assistance Coalition, Inc.__
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

   Firm Name: Timothy J. Mortimer
   Address: 3068 Eagle Lane, McKinleyville, CA 95519
   Telephone: (805) 714-1246    Facsimile
   E-Mail (Optional): donnamortimer@yahoo.com

I consent to the above substitution.
Date: 06/01/2012
                        (Signature of Party(s))

I consent to being substituted.
Date: 06/04/2012
                        (Signature of Former Attorney(s))

I consent to the above substitution.
Date: 06/01/2012
                        (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: June 6, 2012
                        Judge
                        United States Magistrate Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]