AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

for the Northern **District of** California

Timothy J. Mortimer

**Plaintiff(s),**
V.

Home Savings Mortgage
**Defendant(s),**

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:12-cv-02153-NJV

Notice is hereby given that, subject to approval by the court, Timothy J. Mortimer substitutes
(Party (s) Name)

Timothy J. Mortimer (pro per) , State Bar No. N/A as counsel of record in
(Name of New Attorney)

place of Imran Syed of Consumer Protection Assistance Coalition, Inc.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Timothy J. Mortimer
Address: 3068 Eagle Lane, Mckinleyville, CA 95519
Telephone: (805) 714-1246    Facsimile _____
E-Mail (Optional): donnamortimer@yahoo.com

I consent to the above substitution.
Date: 06/01/2012

_(Signature of Party (s))_

I consent to being substituted.
Date: 06/04/2012

_(Signature of Former Attorney (s))_

I consent to the above substitution.
Date: 06/01/2012

_(Signature of New Attorney)_

The substitution of attorney is hereby approved and so ORDERED.
Date: 8/8/12

_Judge_

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]